*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 20-BG-83**

IN RE BABAK BAGHERI

**2020 DDN 20**

A Member of the Bar of the
District of Columbia Court of Appeals
Bar Registration. No. 465302

BEFORE: Thompson and McLeese, Associate Judges, and Steadman, Senior Judge.

**O R D E R**
(FILED −April 30, 2020)

On consideration of the certified order of the Court of Appeals of Maryland disbarring respondent by consent; this court's January 29, 2020, order suspending respondent pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed; the statement of Disciplinary Counsel; and the supplemental statement of Disciplinary Counsel informing the court that respondent filed his D.C. Bar R. XI, §14(g) affidavit on February 24, 2020; and it appearing that respondent failed to file a response to this court's order to show cause, it is

ORDERED that Babak Bagheri is hereby disbarred from the practice of law in the District of Columbia, *nunc pro tunc* to February 24, 2020. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**